IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rusin, Marek

Printed: 01/29/09

Case Number: 08 B 10696
Judge: Hollis, Pamela S
Filed: 4/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: July 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,200.00 |  |
| Secured: |  | 1,028.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,028.50 |
| Trustee Fee: |  | 143.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,200.00 | 2,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 3,024.00 | 1,028.50 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Chrysler Financial Services Americas LLC | Secured | 33,139.31 | 1,028.50 |
| 4. | Internal Revenue Service | Priority | 24,874.87 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 252.98 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 53.61 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 986.43 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 9.81 | 0.00 |
| 9. | Nicor Gas | Unsecured | 145.90 | 0.00 |
| 10. | Chrysler Financial Services Americas LLC | Unsecured | 407.14 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 39.00 | 0.00 |
| 12. | Dish Network | Unsecured |  | No Claim Filed |
| 13. | Central Check Systems | Unsecured |  | No Claim Filed |
| 14. | Joll Inn | Unsecured |  | No Claim Filed |
| 15. | Galaxy Tool Supply | Unsecured |  | No Claim Filed |
| 16. | TCF Bank | Unsecured |  | No Claim Filed |
| 17. | John Bruere | Unsecured |  | No Claim Filed |
| 18. | HSBC | Unsecured |  | No Claim Filed |
| 19. | HSBC | Unsecured |  | No Claim Filed |
| 20. | Bank Of America | Unsecured |  | No Claim Filed |
| 21. | TCF Bank | Unsecured |  | No Claim Filed |
| 22. | Salute Visa | Unsecured |  | No Claim Filed |
| 23. | TCF Bank | Unsecured |  | No Claim Filed |
| 24. | AT&T | Unsecured |  | No Claim Filed |
| 25. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,933.05 | $ 2,057.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rusin, Marek

Printed: 01/29/09

Case Number: 08 B 10696
Judge: Hollis, Pamela S
Filed: 4/29/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 143.00 |
| | $ 143.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

